UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALLEN HOWELL, | : |
| Plaintiff, | : |
| v. | : No. 5:17-cv-00075 |
| MILLERSVILLE UNIVERSITY OF PENNSYLVANIA; MICHEAL HOULAHAN; PHILLIP TACKA; N. KEITH WILEY; CHRISTY BANKS; and DIANE UMBLE, | : |
| Defendants. | : |

# O R D E R

**AND NOW**, this 20th day of October, 2017, for the reasons set forth in the Opinion issued this date, **IT IS HEREBY ORDERED THAT**:

1. Defendants' Motion to Dismiss the Third Amended Complaint in Part Against Millersville, ECF No. 40, is **GRANTED**.

2. Defendants' Motion for Summary Judgment, ECF No. 41, is **GRANTED**.

3. Judgment is **ENTERED** in favor of Defendants and against Plaintiff.

4. The Clerk of Court shall **CLOSE** this case.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge